```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS MARIA CANO RUIZ,

                        Plaintiff,

-against-

SEIU LOCAL 32BJ, et al.,

                        Defendants.

**ORDER**

19-CV-8810 (PAE) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of a letter from Plaintiff but is unclear as to what Plaintiff is seeking. (ECF No. 52.) The Court has already addressed Plaintiff's request for counsel and request to file an amended complaint and provided time for Plaintiff to do both. Plaintiff is directed to the Court's December 9 Omnibus Scheduling Order, at ECF No. 50. Plaintiff has until February 7, 2021 to submit a Second Amended Complaint which improves upon and addresses any deficiencies in his first complaint as outlined in the pending Motion to Dismiss.

**The Clerk of Court is requested to mail a copy of this Scheduling Order to the Plaintiff.**

**SO ORDERED.**

Dated: New York, New York
       December 21, 2020

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge