UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESUS MARIA CANO RUIZ,

                                Plaintiff,

                  -v-

SEIU LOCAL 32BJ, et al.,

                                Defendants.

19 Civ. 8810 (PAE) (KHP)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has reviewed the recent letters addressed to it by *pro se* plaintiff Jesus Maria Cano Ruiz, concerning confusion surrounding his recent filings and deadlines, and asking it "to apply disciplinary actions to everyone involved." Dkt. 55; *see* Dkts. 52, 54. Specifically, Mr. Ruiz argues that his filing of an amended complaint was improperly deemed untimely and that he was wrongly denied a previously granted extension of time to respond to a motion to dismiss.[1] Since receiving those letters, Judge Parker—to whom this case remains referred for general pretrial management—has scheduled a status conference to address these and other issues. *See* Dkt. 56. Accordingly, the Court will not take action at this time. The Court wishes the parties a productive discussion on Wednesday.

      The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Ruiz at the address on file.

---

[1] As to the latter, Mr. Ruiz suggests that United States Magistrate Judge Parker "cancel[ed] Judge Engelmayer['s] disposition to grant me until [March 22, 2021] to respond to a motion to dismiss." Dkt. 52 at 1. The Court notes that Judge Parker, not Judge Engelmayer, set the original March 22, 2021 deadline, *see* Dkt. 44, before amending that deadline in an omnibus scheduling order, Dkt. 50. As management of this case was, and remains, within Judge Parker's able hands and sound discretion, the Court does not express a view on those scheduling matters.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 11, 2021
         New York, New York

2