UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JESUS MARIA CANO RUIZ,

                Plaintiff,

      V.                                       Case: 19 CV 8810(PAE)(KHP)

SEIU LOCAL 32BJ;SOLIL MANAGEMENT
LLC AND SOL GOLDMAN INVESTMENTS LLC.

                Defendants.

-----------------------------------------------------------------X

PLAINTIFF REPLY MEMORANDUM IN SUPPORT
OF HIS OPPOSITION TO 32BJ'S MOTION TO DISMISS
AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P.56.1

INTRODUCTION

32BJ counsel asserted that the plaintiff allegations of duty of fair representation or DFR claims were time barred are completely false and asserted that plaintiff failed to set specific facts that the union engaged in discrimination; all those facts some of them are on the docket records and some were removed from the docket 2-2(Rebutal K).   32BJ counsel is using a strategy to refers to the page numbers on the brief and another criteria to refers to plaintiff opposition papers to create confusion instead of providing any concrete facts to refute plaintiff allegations, is a very nasty strategy; but the facts speak up by themselves.( the union relied on a wrong collective bargaining agreement); that's the only document submitted as a proof and is not the applicable CBA of 2018(see argument A) at the same time this action could be considered as " perjury" and using the same poor argument a declaration of Andrew Strom; when both defendant's claimed to have plenty of testimonies against the plaintiff but mysteriously are  not on the PDF records, union counsel relied only on his litigation skills without factual evidence.

Then the union counsel alleged that plaintiff  do not challenge any legal authority cited in the moving papers, because there is no need for that when you have the facts already on your face, but because of your professional pride can't accept that, and rely on your litigation skills ignoring the facts on the PDF records. Solil counsel incorrectly but knowing that the CBA submitted as exhibit 1, its not the bargaining agreement applicable he used as the ultimate weapon to refute plaintiff claims, but I will prove it wrong( see argument A ).

All those allegations regarding discrimination on age, national origin,retaliation in violation of title VII, 42 U.S.C§§2000e, et seq., 42 U.S.C§1981, or 29 U.S.C§§621 et seq., plus NIED will be proved by the  factual evidence already on the PDF records and upon discovery stage.

Plaintiff arguments and assertions rebutted the union moving papers and will rebut this reply memorandum as well.

1

ARGUMENT

A.   Plaintiff relied on the right Collective Bargaining Agreement.

Solil counsel relied on the independent apartment house agreement and added a made up building

list, added by handwriting (400 east 89th street) to give relevance to this document, this should be

refuted by a couple of exhibits provided as follows:

the plaintiff pay rate by 2018 was $26.80 (Dkt 2,p 44) compare with the minimum wages table ( Dkt

69-1,p 14) then according with this CBA the building 400 East 89th Street should be class A and its not.

According to StreetEasy report(see Exhibit A, p 1-7). Also Check out NYC

Building Classes & Building Classification(see Class D6,p 1; Exhibit B).

Assignment of mortgage on premises 1700-1716 1st Avenue a/k/a 400 East 89th Street a/k/a 399-405

Street, New York, New York 10028( Exhibit C). StreetEasy Search of 401 east 88th street,New York

10128 (Exhibit D). Schedule B is about premises 1700-1716 First Avenue a/k/a 400 East 89th Street

a/k/a 399-405 East 88th Street, New York, New York 10128 (Exhibit E).

The referenced documents shows 400 East 89th street, Yorkville, NY. 10128 as a building built in 1964,

has 16 stories and 213 units and classified as Class D6. (Exhibit D, 7 pages) and no results for 401

east 88th Street, Yorkville, NY. 10128 search. These exhibits refuted completely the Solil Counsel

allegations regarding the CBA applicable( 2018 NYC RAB Apartment Building Agreement).

The under perjury certification of Mr. Mehmedovic and Mr. Ball indicates they are superintendant and

Handyman in a building that is not a independent apartment house and proved plaintiff assertion of

rightfully worked at 400 East 89th street ,New york, NY 10128.

B.   Union counsel being repetitive about plaintiff allegations without adding factual evidence to the

PDF records because the best argument he could fabricate was the argument A and is irrelevant to the

case, just mere litigation skills, but with perjury.

And again Union counsel being repetitive about plaintiff refusal to work one side of the building are

false .                                        2

Union counsel referred as " special circumstances"(Dkt. 47) at 15-16 its not so special because I did

worked the other side of the building every week, covering during coworker days off and during the

hours my coworker finished his shift( from 4 pm thru 7 pm daily).

I agreed with the Phrase"the court may look to the agreement itself" and cited Broder v. Cablevision,

because I am certain about the applicable CBA of 2018.(2018 RAB Apartment Building Agreement).

And again union counsel being repetitive without adding factual evidence to the PDF records (see

Argument A).Union counsel falsely asserted plaintiff allegations regarding performance on one side of

the building without relied of under perjury certifications that contain many false statements( see Dkt.

P.26-28; Dkt. 2-1,p 32-34) In the first citation Solil lawyer falsely asserted as the reason for a verbal

warning, events that happened in 2016,in another building and plaintiff working as a Doorman not

related to plaintiff handyman work at 400 East 89th street.

The other citation regarding the superintendant judgement as true events he did not witnessed and also

cited November 16, 2018 as the date of another confrontation between the plaintiff and Mr. Ball, that

was the date provided to them by NLRB investigator(by mistake), that date was Friday plaintiff day

off and plaintiff went to NLRB offices to file charges against the union(Dkt. 63-2, p 6).

And again the union counsel allegation of plaintiff properly report a gas leak is false, Plaintiff never

 mentioned a potential gas leak, there was none, the tenant was demanded to get the gas reconnected

to the stove (defective) and if I do not agreed to his demands she will call the FDNY.

This happened around 6:30 pm on September 5, 2018 and exposed the false testimony of Solil lawyer

on docket No 2, page 27 who said" the Fire department was called overnight..." compare with (Dkt.

P 28-29). Union counsel still diverted the facts on the FDNY incident report ignored " super on scene

Mehmedvich. It was a new stove and they were instructed not to use it by the super the day before....

and they did. Units ventilated the area. (Dkt. 2-2, p29).

    C.  Union counsel do not had any factual evidence to the PDF records, referred to a union

investigation that was untimely,discriminatory and in bad faith; and violated the CBA

agreement of 2018 that they should to enforce( ignored the no discrimination protocol).

Union counsel referred to NLRB and EEOC misconduct as plaintiff disappointment of the

outcome of those proceedings kindly said its understandable, but do not mentioned the factual evidence

submitted by the plaintiff regarding the action or inaction of the investigators and how they violated

the law they should enforce (Dkt. 66, p 33-34; Dkt. 61,P 4-7).

D.  Union Counsel asserted plaintiff had no evidence of union discriminated on his race or national

origin are completely false and still trying to dismiss plaintiff claims at pretrial, without support of

factual evidence in the PDF records,still trying to hide the retaliation and discrimination inflicted to

the plaintiff by Solil and the Union, all this facts asserted with the main factual evidence of the case

(CBA of 2018, No Discrimination Protocol).

Union sent untimely cease and desist letters,announced to go to arbitration (8 months after) and then

denial to go to arbitration( after consumed 19 months total). But the most important issue was the no

enforcement of the no discrimination protocol, which first step is a mandatory mediation that Solil

refused to attend and the union did not enforced.

Union counsel referred to Mrs. Orellana and alleged that plaintiff do not added facts of Mrs orellana

animosity toward him, Mrs. Orellana was executing Solil order to retaliate and create disciplinary

records to terminate plaintiff employment, for that reason she never took any action about my

complaints of harassment and discrimination(Dkt. 2, p36-37).

Solil counsel run out of ideas, just being repetitive on account of national origin discrimination claim

confused or did not studied the case, the persons that plaintiff pointed out for that claim were Mr. Ball,

Mr. Mehmedovic and Mr. price( nor Mrs. Orellana).

Unions are not permitted by National Labor Relations Act (NLRA) to engaged in unfair labor practices

,the union caused or influenced Solil to discriminate against plaintiff( Title VII of 1964).

4

CONCLUSION

For the reasons set forth above, and  the plaintiff's opening brief; after

pleading of the Seventh Amendment protection. Plaintiff respectfully request that this court

issue an order of denial on 32BJ motion to dismiss 12(b)(6) supported by plaintiff rule 56.1.


Dated :   Thursday April 22, 2021                    Respectfully Submitted :


                                                              Jesus Maria Cano Ruiz
                                                              Plaintiff
                                                              1714 66 st. Apt. D3
                                                              Brooklyn, New York, 11204
                                                              Jcano6775@gmail.com

EXHIBIT  A

Just for You    My Activity    Account ⌄

**4 ACTIVE RENTALS IN THIS BUILDING**

| | | |
|---|---|---|
| RENTAL BUILDING IN YORK… | RENTAL BUILDING IN YORK… | RENTAL BUILDING IN YO… |
| 400 East 89th Street … | 400 East 89th Street … | 400 East 89th Stree… |
| **$2,400** | **$3,400** | **$4,450** |
| Studio \| 1 | 1 \| 1 | 2 \| 2 |
| Listing by City Wide Apartments (555 8th Avenue Ste 2310, New York, NY 10018) | Listing by City Wide Apartments (555 8th Avenue Ste 2310, New York, NY 10018) | Listing by City Wide Apart… (555 8th Avenue Ste 2310, York, NY 10018) |

Buildings › Manhattan › All Upper East Side › Upper East Side › Yorkville › 400 East 89th Street

# Building: 400 East 89th Street

400 East 89th Street, Yorkville, NY, 10128

205 units    16 stories    Built in 1964

Rental Building in Yorkville

♡ SAVE          ✉ SHARE

# Description

400 East 89th Street is a Building located in the Yorkville neighborhood in Manhattan, NY. 400 East 89th Street was built in 1964 and has 16 stories and 213 units.

# Amenities

**verizon✓**  Fio

# Building Facts

| | |
|---|---|
| Facts | 205 units    16 stories    Built in 1964 |
| Building Class | D6 |
| Floor Plans | 3 floor plans available |
| Rentals Listings | 4 active rentals ($3,786 avg price)<br>48 previous rentals ($42 per ft² avg, $4,208 avg price) |

# Units

Just for You    My Activity    Account ▾



2 beds  |  2 baths

Listing by City Wide Apartments (555 8th Avenue Ste 2310, New York, NY 10018)



**#3R - 400 East 89th Street**
**$4,450**   NO FEE

2 beds  |  2 baths

Listing by City Wide Apartments (555 8th Avenue Ste 2310, New York, NY 10018)



**#6Q - 400 East 89th Street**
**$3,400**   NO FEE

1 bed  |  1 bath

Listing by City Wide Apartments (555 8th Avenue Ste 2310, New York, NY 10018)



**#6N - 400 East 89th Street**
**$2,400**   NO FEE

studio  |  1 bath

Listing by City Wide Apartments (555 8th Avenue Ste 2310, New York, NY 10018)

| Unit | Price | Beds | Baths | ft² |
|---|---|---|---|---|
| #7Q - 400 East 89th Street <br> **$4,895** NO FEE <br> 5 rooms, 2 beds · 2 baths · | **$4,895** NO FEE | 5 rooms, 2 beds | 2 baths | |
| #3R - 400 East 89th Street <br> **$4,450** NO FEE <br> 5 rooms, 2 beds · 2 baths · | **$4,450** NO FEE | 5 rooms, 2 beds | 2 baths | |
| #6Q - 400 East 89th Street <br> **$3,400** NO FEE <br> 3 rooms, 1 bed · 1 bath · | **$3,400** NO FEE | 3 rooms, 1 bed | 1 bath | |
| #6N - 400 East 89th Street <br> **$2,400** NO FEE <br> 2 rooms, studio · 1 bath · | **$2,400** NO FEE | 2 rooms, studio | 1 bath | |

## Nearby

**TRANSPORTATION**

| | | |
|---|---|---|
| ⓠ at 86th Street | | under 500 feet |
| ⬩ at 86th St | | 0.29 miles |
| ⓠ at 96th Street | | 0.32 miles |
| ⬩ at 96th St | | 0.49 miles |
| ⬩ at 77th St | | 0.61 miles |

View subway lines on Google Maps ›

Map data ©2021 Google

Case 1:19-cv-08810-PAE-KHP   Document 73   Filed 04/22/21   Page 10 of 25

Just for You    My Activity    Account ⌄

There is no data available

Disclaimer: School attendance zone boundaries are not guaranteed
to be accurate – they are provided by a third party and subject to
change. Check with the applicable school district prior to making a
decision based on these boundaries.



### COLLEGES

| | |
|---|---|
| Icahn School of Medicine at Mount Sinai | 0.8 miles |
| Marymount Manhattan College | 0.85 miles |
| New York School of Interior Design | 0.95 miles |
| Weill Cornell Medical College | 0.98 miles |
| Gerstner Sloan Kettering Graduate School of Biomedical Science | 1.01 miles |

### PARKS

| | |
|---|---|
| Ruppert Park | 0.16 miles |
| Asphalt Green | 0.31 miles |
| Park | 0.32 miles |
| Carl Schurz Park | 0.37 miles |
| Stanley Isaacs Playground | 0.4 miles |

### MUSEUMS

| | |
|---|---|
| Gracie Mansion | 0.4 miles |
| National Academy Museum | 0.56 miles |
| Solomon R. Guggenheim Museum | 0.56 miles |
| Cooper-Hewitt, National Design Museum | 0.57 miles |
| Neue Galerie New York | 0.57 miles |

## Similar Buildings

**339 East 81st Street**   **324 East 84th Street**   **450-452 East 81st Street**

Rental Building in Yorkville    Rental Building in Yorkville    Rental Building in Yorkville

**1 ACTIVE LISTINGS**     **2 ACTIVE LISTINGS**     **2 ACTIVE LISTINGS**

## Latest discussions

**BE THE FIRST TO CREATE A DISCUSSION ABOUT THIS BUILDING**

## More Listings

**MORE SALES LISTINGS IN YORKVILLE**

**MORE RENTALS LISTINGS IN YORKVILLE**

Yorkville Rentals      Nearby Yorkville      More

Just for You     My Activity     Account

1 Bedrooms in Yorkville          Lenox Hill Apartments for rent          Pet friendly for rent

2 Bedrooms in Yorkville          Carnegie Hill Apartments for rent

3 Bedrooms in Yorkville          UES Apartments for rent

BLOG                             Help

WE'RE HIRING!                    Terms of Use & Privacy Policy

                                 Ad Choice

SUBMIT YOUR LISTINGS

WORK WITH US

NYC RENTAL NETWORK

PRESS

BROWSE ALL HOMES

NEAR ME

+ SHOW NYC NEIGHBORHOODS

StreetEasy is a brand and registered trademark of Zillow, Inc. Zillow, Inc. has a real estate brokerage
license in multiple states. A list of these real estate licenses can be found here.

ZILLOW  ·  TRULIA  ·  HOTPADS  ·  OUT EAST

Zillow Inc. Sites © 2006-2021 Zillow

Zillow Inc. Sites © 2006-2021 Zillow   ·   https://streeteasy.com/ Made in NYC  ·  Powered by Bikes, Coffee and Doughnuts.



# EXHIBIT B

4/20/2021

Case 1:19-cv-08810-PAE-KHP   Document 73   Filed 04/22/21   Page 13 of 25
NYC Building Classes & Building Classification | PropertyShark.com

jump to section...  ▾

## Residential
**Q. What are the different Residential Buildings?**

A. **Class A Buildings - One Family Dwellings**

A0 Cape Cod

A1 Two Stories Detached (Small or Moderate Size, With or Without Attic)

A2 One Story (Permanent Living Quarters)

A3 Large Suburban Residence

A4 City Residence

A5 Attached or Semi-Detached

A6 Summer Cottages/Mobile Homes/Trailers

A7 Mansion Type

A8 Bungalow Colony/Land Coop Owned

A9 Miscellaneous (Old Buildings, Attached & Semi-Detached Frame Houses, etc.)

**Class B Buildings - Two Family Dwellings**

B1 Brick

B2 Frame

B3 Converted (From One Family)

B9 Miscellaneous (City Type, Old, etc.)

**Class C Buildings - Walk Up Apartments**

C0 Three Families

C1 Over Six Families Without Stores

C2 Five to Six Families

C3 Four Families

C4 Old Law Tenements

C5 Converted Dwelling or Rooming House

C6 Cooperative (Other Than Condominiums)

C7 Over Six Families With Stores

C8 Co-op Conversion From Loft/Warehouse

C9 Garden Apartments/Mobile Home Park/Trailer Park

**Class D Buildings - Elevator Apartments**

D0 Co-op Conversion From Loft/Warehouse

D1 Semi-fireproof (Without Stores)

D2 Artists in Residence

D3 Fireproof (Standard Construction Without Stores)

D4 Cooperatives (Other Than Condominiums)

D5 Converted

D6 Fireproof - With Stores



More
**Property Information**
available?

**Yes!**

**Join Us! It's FREE**

D7 Semi-Fireproof With Stores

D8 Luxury Type

D9 Miscellaneous

**Class R Buildings - Condominiums**

R0 Condo Billing Lot

R1 2-10 Unit Residential Bldg, Residential Unit

R2 Walk-up, Residential Unit

R3 1-3 Story, Residential Unit

R4 Apartment/Elevated, Residential Unit

R5 Commercial Unit

R6 1-3 Units, Residential Unit

R7 1-3 Units, Commercial Unit

R8 2-10 Unit Residential Bldg, Commercial Unit

R9 Condop

RA Cultural, Medical, Educational, Etc.

RB Office Space

RC Commercial Building (Mixed Commercial Condo Building)

RG Indoor Parking

RH Hotel/Boatel

RK Retail Space

RM Mixed Residential & Commercial Building (Mixed Residential & Commercial Condo Building)

RP Outdoor Parking

RR Condo Rentals

RS Non-Business Storage Space

RT Terraces/Gardens/Cabanas

RW Warehouse/Factory/Industrial

RD Residential Building (Mixed Residential Condo Building)

RI Mixed Warehouse/Factory/Industrial & Commercial

RX Mixed Residential & Commercial Building


back to top

# Mixed Use

**Q. Is there anything that's a *mix* between Commercial and Residential?**

A. **Class S Buildings - Residence - Multiple Use**

S0 Primarily One Family with Two Stores or Offices

S1 Primarily One Family With Store or Office

S2 Primarily Two Family With Store or Office

S3 Primarily Three Family With Store or Office

S4 Primarily Four Family With Store or Office

S5 Primarily Five to Six Family With Store or Office

S9 Primarily One to Six Families with Stores or Offices


back to top

# Commercial Buildings

**Q. What are the different types of Commercial Buildings?**

A. **Class H Buildings - Hotels**

H1 Luxury Type - Built Prior to 1960

H2 Luxury Type - Built After 1960

H3 Transient Occupancy-Midtown Mn Area

H4 Motels

H5 Private Club, Luxury Type

H6 Apartment Hotels

H7 Apartment Hotels-Co-op Owned

H8 Dormitories

H9 Miscellaneous

**Class K Buildings - Store Buildings (Taxpayers Included)**

K1 One Story Store Building

K2 Two Story or Store and Office

K3 Department Stores, Multi-Story

K4 Stores, Apartments Above

K5 Diners, Franchised Type Stand

K6 Shopping Centers With Parking Facilities

K7 Funeral Home

K9 Miscellaneous

**Class L Buildings - Loft Buildings**

L1 Over Eight Stories (Mid-Manhattan Type With or Without Stores)

L2 Fireproof - Loft and Storage Type (Without Retail Stores)

L3 Semi-Fireproof

L8 With Retail Stores (Other Than Type 1)

L9 Miscellaneous

**Class O Buildings - Office Buildings**

O1 Fireproof - Up to Nine Stories

O2 Ten Stories & Over (Side Street Type)

O3 Ten Stories & Over (Main Avenue Type)

O4 Tower Type

O5 Semi-Fireproof

O6 Bank Building (Designed Exclusively for Banking)

O7 Professional Buildings

O8 With Residential Apartments

O9 Miscellaneous


back to top
# Industrial Buildings
**Q. What are the different types of Industrial Buildings?**

A. **Class E Buildings - Warehouses**

E1 Fireproof

E3 Semi-Fireproof

E4 Frame, Metal

E7 Warehouse, Self Storage

E9 Miscellaneous

**Class F Buildings - Factory And Industrial Buildings**

F1 Heavy Manufacturing (Fireproof)

F2 Special Construction (Printing Plant, etc., Fireproof)

F4 Semi-Fireproof

F5 Light Manufacturing

F8 Tank Farms

F9 Miscellaneous

**Class G Buildings - Garages And Gasoline Stations**

G0 Residential Tax Class 1 Garage

G1 Garage - Two or More Stories

G2 Garage - One Story (Semi-Fireproof or Fireproof)

G3 Garage and Gas Station Combined

G4 Gas Station - With Enclosed Lubrication Plant or Workshop

G5 Gas Station - Without Enclosed Lubrication Plant or Workshop

G6 Licensed Parking Lot

G7 Unlicenced Parking Lot

G8 Garage With Showroom

G9 Miscellaneous

**Class T Buildings - Transportation Facilities (Assessed In Ore)**

T1 Airports, Air Fields, Terminals

T2 Piers, Docks, Bulkheads

T9 Miscellaneous

**Class U Buildings - Utility Bureau Properties**

U0 Utility Company Land and Buildings

U1 Bridges, Tunnels, Highways

U2 Electric Utilities, Gas

U4 Telephone Utilities

U5 Communications Facilities (Other Than Telephone)

U6 Railroads, Private Ownership

U7 Transportation, Public Ownership

U8 Revocable Consents

U9 Miscellaneous (Including Private Improvements in City Land and in Public Places)


back to top

# Vacant Lots

**Q. What can be considered a Vacant Lot?**


A. **Class V Buildings - Vacant Land**


V0 Zoned Residential, Except Not Manhattan Below 110 St

V1 Not Zoned Residential or Manhattan Below 110 St

V2 Not Zoned Residential, but Adjacent to Tax Class 1 Dwelling

V3 Zoned Primarily Residential, Except Not Manhattan Below 110 St

V4 Police or Fire Department

V5 School Site or Yard

V6 Library, Hospitals or Museums

4/20/2021

Case 1:19-cv-08810-PAE-KHP   Document 73   Filed 04/22/21   Page 17 of 25
NYC Building Classes & Building Classification | PropertyShark.com

V7 Port Authority of NY and NJ
V8 State & U.S.
V9 Miscellaneous (Department of Real Estate and Other Public Places)


back to top
## Buildings with Civic Use
**Q. What are the types of Public Buildings?**


A. **Class I Buildings - Hospitals And Health**

I1 Hospitals, Sanitariums, Mental Institutions
I2 Infirmary
I3 Dispensary
I4 Staff Facilities
I5 Health Center, Child Center, Clinic
I6 Nursing Home
I7 Adult Care Facility
I9 Miscellaneous
**Class J Buildings - Theatres**
J1 Art Type (Seating Capacity Under 400 Seats)
J2 Art Type (Seating Capacity Over 400 Seats)
J3 Motion Picture Theatre With Balcony
J4 Legitimate Theatres (Theatre Sole Use of Building)
J5 Theatre as Part of Building of Other Use
J6 Television Studios
J7 Off-Broadway Type
J8 Multi-Motion Picture Theatre
J9 Miscellaneous
**Class M Buildings - Churches, Synagogues, Etc.**
M1 Church, Synagogue, Chapel
M2 Mission House (Non-Residential)
M3 Parsonage, Rectory
M4 Convents
M9 Miscellaneous
**Class N Buildings - Asylums And Homes**
N1 Asylums
N2 Homes for Indigent Children, Aged, Homeless
N3 Orphanages
N4 Juvenile Detention Houses
N9 Miscellaneous
**Class P Buildings - Places Of Public Assembly (Indoor) And Cultural**
P1 Concert Halls
P2 Lodge Rooms
P3 YWCA,YMCA,YWHA,YMHA,PAL
P4 Beach Club
P5 Community Center
P6 Amusement Places, Bathhouses, Boat Houses

Case 1:19-cv-08810-PAE-KHP   Document 73   Filed 04/22/21   Page 18 of 25

P7 Museum

P8 Library

P9 Miscellaneous Including Riding Academies and Stables

**Class Q Buildings - Outdoor Recreation Facilities**

Q1 Parks

Q2 Playgrounds

Q3 Outdoor Pools

Q4 Beaches

Q5 Golf Courses

Q6 Stadium, Race Tracks, Baseball Fields

Q7 Tennis Courts

Q8 Marinas/Yacht Clubs

Q9 Miscellaneous

**Class W Buildings - Educational Structures**

W1 Public Elementary Junior and Senior High Schools

W2 Parochial Schools, Yeshivas

W3 Schools or Academies

W4 Training Schools

W5 City University

W6 Other Colleges and Universities

W7 Theological Seminaries

W8 Other Private Schools

W9 Miscellaneous


back to top
# Government Buildings
**Q. What are the City Buildings?**


A. **Class Y Buildings - Selected Government Installations (Excluding Office Buildings, Training Schools, Academic, Garages, Warehouses, Piers, Air Fields, Vacant Land, Vacant Sites, And Land Under Water And Easements)**

Y1 Fire Department

Y2 Police Department

Y3 Prisons, Jails, Houses of Detention

Y4 Military and Naval

Y5 Department of Real Estate

Y6 Department of Sanitation

Y7 Department of Ports and Terminals

Y8 Department of Public Works

Y9 Department of Environmental Protection


back to top
# Others
**Q. Anything Else?**


A. **Class Z Buildings - Miscellaneous**

Case 1:19-cv-08810-PAE-KHP   Document 73   Filed 04/22/21   Page 19 of 25

Z0 Tennis Court, Pool, Shed, etc. Used in Conjunction with Tax Class 1

Z1 Court House

Z2 Public Parking Areas

Z3 Post Office

Z4 Foreign Governments

Z5 United Nations

Z6 Land under Water

Z7 Easements

Z8 Cemeteries

Z9 Other

back to top

# EXHIBIT C

New York City Department of Finance
**Office of the City Register**

HELP
Selecting a help option will open new window

| DOCUMENT ID:<br>2016110200811003 | [Main Options] [Search Results] [Document Details] [Show Supporting Documents] [Show Tax Returns] [Print Document] |
|---|---|

**Assignment of Mortgage**

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

**Santander Bank, N.A.**

to

**First Republic Bank**

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Section:     5
Block:       1568
Lot:          1
County:     New York
Premises:   1700-1716 1st Avenue a/k/a 400 East 89th Street a/k/a 399-405 East 88th Street
             New York, New York 10028

*TAB 16 - 00169M*

Record And Return To:
Cassin & Cassin LLP
2900 Westchester Avenue, Suite 402
Purchase, NY 10577
Attention: Michael A. Rosenberg

# EXHIBIT D

Just for You    My Activity    Account ⌄

# No results for "401 east 88 th street, Yorkville, NY 10128" in NYC or NJ

401 east 88 th street, Yorkville, NY 10128    🔍

There were no matches for "401 east 88 th street, Yorkville, NY 10128" in neighborhoods, addresses, buildings, complexes, agents, schools or registered sales. Don't see the building you're looking for? Please email support@streeteasy.com for further assistance.

BLOG
WE'RE HIRING!

SUBMIT YOUR LISTINGS
WORK WITH US
NYC RENTAL NETWORK
PRESS

BROWSE ALL HOMES
NEAR ME

Help
Terms of Use & Privacy Policy
Ad Choice

▸ SHOW NYC NEIGHBORHOODS

StreetEasy is a brand and registered trademark of Zillow, Inc. Zillow, Inc. has a real estate brokerage license in multiple states. A list of these real estate licenses can be found here.

ZILLOW · TRULIA · HOTPADS · OUT EAST

Zillow Inc. Sites © 2006-2021 Zillow

Zillow Inc. Sites © 2006-2021 Zillow · https://streeteasy.com/ Made in NYC · Powered by Bikes, Coffee and Doughnuts.

# EXHIBIT E

Schedule B

ALL that certain lots, pieces or parcels of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the Southerly side of 89th Street with the Easterly side of First Avenue;

RUNNING THENCE Easterly along the Southerly side of 89th Street, 106 feet;

THENCE Southerly parallel with the Easterly side of First Avenue, 201 feet 5 inches to the Northerly side of 88th Street;

THENCE Westerly along the Northerly side of 88th Street, 106 feet to the Easterly side of First Avenue; and

THENCE Northerly along the Easterly side of First Avenue, 201 feet 5 inches to the corner aforesaid, the point or place of BEGINNING.

TOGETHER with all right, title and interest of, in and to any streets and roads abutting the above described premises.

SAID PREMISES being known as and by the street number 1700-1716 First Avenue a/k/a 400 East 89th Street a/k/a 399-405 East 88th Street, New York, New York 10128.

**Metes & Bounds Schedule – D06-1411**
**Loan Number 7208414**

Schedule B - Page 1