

365 RIFLE CAMP ROAD
WOODLAND PARK, NEW JERSEY 07424
973-247-9000
973-247-9199 (FAX)

1500 LAWRENCE AVENUE
CN7807
OCEAN, NEW JERSEY 07712
732-922-1000
732-922-6161 (FAX)

214 CARNEGIE CENTER
SUITE 112
PRINCETON, NEW JERSEY 08540
609-751-5551

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
800-569-3886

41 UNIVERSITY DRIVE
SUITE 400
NEWTOWN, PENNSYLVANIA 18940
267-757-8792

www.ansellgrimm.com

RICHARD B. ANSELL ‡
PETER S. FALVO, JR.
JAMES G. AARON
PETER B. GRIMM
MITCHELL J. ANSELL
BRIAN E. ANSELL‡
ALLISON ANSELL□†
MICHAEL V. BENEDETTO
DAVID B. ZOLOTOROFE
DONNA L. MAUL●
RICK BRODSKY●
LAWRENCE H. SHAPIRO●□
ROBERT A. HONECKER, JR. □§
JENNIFER S. KRIMKO
FREDERICK C. RAFFETTO~
JOSHUA S. BAUCHNER●
DAVID J. BYRNE□
ANDREA B. WHITE ●●

EDWARD J. AHEARN
JASON S. KLEIN●
MELANIE J. SCROBLE
BARRY M. CAPP●∆
DOUGLAS A. DAVIE●
MARK M. WIECHNIK
ELYSA D. BERGENFELD
RICHARD B. LINDERMAN□
KEVIN M.CLARK
KRISTINE M. BERGMAN□
JESSICA T. ZOLOTOROFE
TARA K. WALSH●
RAHOOL PATEL●
NICOLE D. MILLER□
ALFRED M. CASO
ANTHONY J. D'ARTIGLIO●
SETH M. ROSENSTEIN●

COUNSEL
HON. ANTHONY J. MELLACI, JR., J.S.C. (RET)
STACEY R. PATTERSON●
JAMES A. SYLVESTER
ROY W. HIBBERD ∇∆
HON. RAYMOND A. HAYSER, J.T.C. (RET)
LISA GOLDWASSER●

RETIRED
ROBERT I. ANSELL

IN MEMORIAM
LEON ANSEHELEWITZ (1929-1986)
MAX M. BARR (1929-1993)
MILTON M. ABRAMOFF (1935-2004)
DAVID K. ANSELL† (1962-2019)

LICENSED ALSO IN:
∆ D.C. □ MASS. ● N.Y. * WASH.
□ PENN. ~ FLA. ∇ CALIF.

† FELLOW, AMERICAN
ACADEMY OF MATRIMONIAL

‡ CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY

§ CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CRIMINAL TRIAL ATTORNEY

● CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
MATRIMONIAL LAW ATTORNEY

**Reply to: Woodland Park**
**Telephone:  (973) 247-9000**
**Fax:  (973) 247-9199**
**Email: avw@ansellgrimm.com**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/2/2022__

February 1, 2022

<u>Via Electronic Filing</u>

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: Cano *v. SEIU Local 32BJ, et al.*
     <u>Docket No.: 1:19-cv-08810 PAE-KHP</u>

Dear Judge Parker:

  This firm represents Defendants Solil Management, LLC and Sol Goldman Investments, LLC ("Defendants") in the above-captioned matter.  We write pursuant to Local Rule 37.2 and Your Honor's Individual Practice II(c) for discovery disputes.

  Defendants served a Request for Interrogatories and a Request for Production of Documents on Plaintiff on November 29, 2021 and then upon Plaintiff's counsel who entered an appearance that day.  We subsequently sent a follow-up request to Plaintiff's counsel, who then requested an extension of time to January 12, 2022 to respond.  Thereafter, by letter dated January

086874.000028.75874952

Hon. Katharine H. Parker, U.S.M.J.
February 1, 2022
Page 2 of 2

13, 2022, we advised Plaintiff's counsel that Plaintiff's discovery responses are overdue. Having not received a response, the undersigned reached out by phone and left a message on January 28, 2022. To date, we have not received any response to our letter or phone call and have therefore been unable to meet-and-confer with Plaintiff's counsel about Plaintiff's outstanding discovery.

As Your Honor may be aware, the parties currently have a Case Management Conference scheduled for February 10, 2022. Accordingly, Defendants write in advance of the conference to respectfully request that the Court address the aforementioned discovery dispute by way of "informal conference" pursuant to Individual Practice II(c) at that time, or allow Defendants to file the appropriate motion.

We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/*Ashley V. Whitney*
Ashley V. Whitney, Esq.

AVW/cs
cc: John F. Lagan, Esq.

> The upcoming conference on February 10, 2022 is a case management conference where the Court will discuss the outstanding discovery with the parties' prior to motion practice.

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

2/2/2022

086874.000028.75874952