```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS MARIA CANO,

                          Plaintiff,

-against-

SEIU LOCAL 32BJ, et al.,

                          Defendants.

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

19-CV-8810 (PAE) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      A settlement conference in this matter is scheduled for **Monday, April 18, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference ex parte submissions in accordance with Judge Parker's Individual Rules of Practice. As articulated during the conference, Plaintiff must make a settlement demand by March 31, 2022 and Defendant must respond to that demand by April 8, 2022. Pre-conference submissions must be received by the Court no later than **April 11, 2022 by 5:00 p.m.**

Dated: New York, New York
       February 10, 2022                            SO ORDERED.

                                                            _____
                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge