USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS MARIA CANO RUIZ,

                                        Plaintiff,

                    -against-

SEIU LOCAL 32BJ, et al.,

                                        Defendants.

**ORDER**

**19-CV-8810 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

Pursuant to the case management conference held on February 10, 2022, Plaintiff shall

(1) produce documents to Defendant by February 15, 2022 and (2) respond to Defendants'

interrogatories and serve his document requests and interrogatories (if any) by February 18,

2022.

**SO ORDERED.**

Dated: New York, New York
       February 10, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge