```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS MARIA CANO RUIZ,<br><br>                          Plaintiff,<br><br>     -against-<br><br><br>SEIU LOCAL 32BJ, et al.,<br><br>                          Defendants. | **ORDER**<br><br>**19-CV-8810 (PAE) (KHP)** |

**KATHARINE H. PARKER, United States Magistrate Judge.**

A telephonic Case Management Conference is hereby scheduled on Wednesday, June 29, 2022 at 11:30 a.m.  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  Please dial (866) 434-5269; access code 4858267.

**SO ORDERED.**

Dated: New York, New York
       May 19, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge