```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS MARIA CANO RUIZ,

                Plaintiff,

     -against-

SEIU LOCAL 32BJ, et al.,

               Defendants.

**ORDER**

**19-CV-8810 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

     As discussed at the June 29, 2022 Case Management Conference:

     By **July 6, 2022**, Defendants shall notice the deposition of Plaintiff. The deposition shall be noticed for either July 28, 2022 or July 29, 2022.

     By **July 13, 2022**, Plaintiff shall respond to Defendants' requests for discovery, including by providing Defendants with copies of any recordings that Plaintiff intends to use as evidence in this case.

     By **July 30, 2020**, Plaintiff shall notice any depositions that he intends to take. These depositions shall be scheduled for the month of August.

     By **July 30, 2020**, the parties shall file a joint status letter updating the Court on the status of discovery and any outstanding discovery issues.

     The parties are reminded that discovery requests and responses generally should not be filed with the Court on ECF, and rather should be exchanged between the parties directly. See Rule 1 of my individual rules in civil cases, available at

https://www.nysd.uscourts.gov/sites/default/files/practice_documents/KHP%20Parker%20Individual%20Practices%20in%20Civil%20Cases.pdf.

Similarly, the parties are reminded that they should not file anything on the docket that is not related to the claims in this action. This includes concerns regarding opposing counsel's authority to practice law or compliance with criminal codes. Plaintiff is further reminded that an attorney is generally permitted to practice in the State of New York provided that she is admitted to practice in the state, regardless of whether she also is admitted to practice in other states. *See generally* N.Y. Rules of Professional Conduct Rule 5.5 (defining the unauthorized practice of law in New York).

**SO ORDERED.**

Dated: New York, New York
July 5, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge