USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JESUS MARIA CANO RUIZ, | | |
| Plaintiff, | | **ORDER** |
| -against- | | **19-CV-8810 (PAE) (KHP)** |
| SEIU LOCAL 32BJ, et al., | | |
| Defendants. | | |

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed at the August 16, 2022 Case Management Conference:

a. <u>Audio Recordings</u>

By **Thursday, August 18, 2022**, Defendants shall inform Plaintiff which audio files are unopenable or empty. Plaintiff shall produce new, working copies of these audio recordings by **Wednesday, August 24, 2022**.

By **Friday, August 19, 2022**, the parties shall meet and confer to discuss the contents of the audio recordings that Plaintiff has deemed irrelevant and, as such, has not produced. Defendants shall inform Plaintiff by **Monday, August 22, 2022**, if they continue to seek production of outstanding audio recordings, and Plaintiff must produce any requested audio recordings by **Wednesday, August 24, 2022**.

By **Wednesday, August 24, 2022**, Plaintiff shall provide Defendants with a list that states the calendar date for each audio recording he has produced to Defendants. The list shall make clear which audio recording the various dates correspond to.

b. <u>Second Deposition of Plaintiff</u>

Defendants are permitted to depose Plaintiff for an additional three hours. The parties shall meet and confer to arrange a mutually agreeable date, time, and location for the deposition.

The parties shall endeavor to schedule the deposition on or before **Wednesday, August 31, 2022**. However, if Defense counsel's professional obligations are such that no date in August, 2022 is amenable, the parties may schedule the deposition for any mutually agreeable date up to and including **Friday, September 9, 2022**.

The deadline for fact discovery is extended to **Friday, September 9, 2022**, for the sole purpose of completing the deposition of Plaintiff. All other discovery must be completed by **Wednesday, August 31, 2022**.

The parties are reminded that the Court Reporter and/or New York City Bar Association may be able to provide a neutral conference room in which to hold the deposition.

c. <u>Outstanding Document Production and Inspection of Documents</u>

By **Wednesday, August 24, 2022**, Defendants shall provide Plaintiff with the last known address for Mr. Scott Price.

By **Wednesday, August 31, 2022**, Defendants shall confirm whether they have produced to Plaintiff: (1) all documents Solil sent to or received from the NLRB regarding Plaintiff; (2) all documents Solil sent to or received from 32BJ regarding Plaintiff; (3) all documents Solil sent to or received from the EEOC regarding Plaintiff; (4) Plaintiff's complete ADP/personnel file for the entire duration of his employment with Solil; (5) the collective bargaining agreement governing Plaintiff's employment.

If Defendants have produced all such documents, Defendants shall inform Plaintiff that they have produced the documents, and shall reference the bates numbers of the relevant documents. If Defendants have not produced all such documents, they are directed to do so by **Wednesday, August 31, 2022**. If Defendants produced these documents to Plaintiff's former counsel rather than directly to Plaintiff, they shall re-send the documents directly to Plaintiff.

Plaintiff shall be permitted to inspect the physical logbooks for the period of Plaintiff's employment. The parties shall meet and confer to determine a mutually agreeable date and time for the inspection on or before **Wednesday, August 31, 2022**. Plaintiff shall inspect the logbooks at Solil's Manhattan office or at another mutually agreeable location. Plaintiff shall have no longer than 30 minutes to inspect the logbooks. Counsel for Defendants may be present during the inspection.

    d.  <u>Case Management Conference</u>

A telephonic Case Management Conference is scheduled on **Wednesday, September 28, 2022, at 12:30 p.m.** At the scheduled time, parties shall call the Court's teleconference line at (866) 434-5269; access code 4858267.

**SO ORDERED.**

Dated: New York, New York
       August 16, 2022

                                      *Katharine H. Parker*
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge