```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS MARIA CANO RUIZ,

                                Plaintiff,

                -against-

SEIU LOCAL 32BJ, et al.,

                              Defendants.

**ORDER**

**19-CV-8810 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On August 24, 2022, Plaintiff moved to hold Defendants in contempt of court for alleged failure to fully comply with their discovery obligations. (ECF No. 120). I denied the motion and stated that if, after August 31, 2022, Plaintiff believed Defendants had failed to comply with any order, he should _not_ file another motion, but rather should file a letter requesting a conference to discuss the dispute. (ECF No. 121.) Plaintiff filed a letter on September 2, 2022, seeking to hold such a conference, (ECF No. 123), and the Court stated that the dispute would be discussed at a conference on September 28, 2022, (ECF No. 127). The Court also directed the parties to file letters by September 14, 2022, outlining specifically what discovery is outstanding. (_Id._) Plaintiff timely filed such a letter (ECF No. 130), but he also filed two additional motions again seeking to hold Defendants in contempt of court, (ECF Nos. 128 and 131). Defendants filed a response stating that Plaintiff's motions should not be heard because they: (i) were filed in violation of the Court's September 8 Order, (ii) address issues that will be discussed during the September 28 conference, and (iii) were not filed 14 days in advance of the conference, in contravention of Fed. R. Civ. P. 6(c)(1).

Because the motions to hold Defendants in contempt of court were filed in contravention of the Court's September 8 Order directing Plaintiff not to file additional motions in advance of any conference, Plaintiff's motions are denied without prejudice.  **The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 128 and 131.**

The Court encourages the parties to meet and confer about any remaining disputes and if they are able to resolve them before the conference, to report the resolution to the Court.

**SO ORDERED.**

Dated: New York, New York
       September 19, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge