UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS MARIA CANO RUIZ,

                                 Plaintiff,

-against-

SEIU LOCAL 32BJ, et al.,

                                 Defendants.

ORDER

19-CV-8810 (PAE) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2023

**KATHARINE H. PARKER, United States Magistrate Judge.**

By **Tuesday, March 21, 2023**, Defendants shall file copies of the full and complete transcripts from Plaintiff's depositions. The transcripts shall be filed in mini-script format and should be text-searchable.

**SO ORDERED.**

Dated: New York, New York
       March 17, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge