UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS MARIA CANO RUIZ,

                    Plaintiff,

-against-

SEIU LOCAL 32BJ, et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2023

ORDER

19-CV-8810 (PAE) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      On March 17, 2023, the Court directed Defendants to file on ECF copies of the complete transcripts from Plaintiff's depositions. Defendants filed a copy of the transcript from Plaintiff's first deposition, dated July 28, 2022, but have not provided a copy of the complete transcript from Plaintiff's second deposition, dated September 15, 2022. Defendants are directed to file a text-searchable copy of the second deposition transcript in mini-script format by **Wednesday, March 22, 2023**.

**SO ORDERED.**

Dated: New York, New York
       March 21, 2023

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge