**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JESUS M. CANO,

                Plaintiff,                              19 CIVIL 8810 (PAE)(KHP)

       -against-                              **JUDGMENT**

SEIU, LOCAL 32BJ, SOLIL MANAGEMENT LLC,
SOL GOLDMAN INVESTMENTS, LLC, SCOTT
PRICE, EDO MEHMEDOVIC, MARTIN BALL,
VIVIAN ORELLANA, and SARA APPEL,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 27, 2023, the Court has accepted and adopted Judge Parker's April 17, 2023 Report and Recommendation in its entirety and has granted Solil's motion for summary judgment; accordingly, the case is closed.

**Dated:**  New York, New York
           July 28, 2023

                                                  **RUBY J. KRAJICK**

                                                _____
                                                    **Clerk of Court**

                       **BY:**               K. Mango

                                                   _____
                                                    **Deputy Clerk**